UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEN S. LY,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | Case No:  C 01-2296 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 11 |

Plaintiff shall file an opposition or statement of non-opposition to Defendant's Ex Parte Motion for Reopening and Request for Entry of Judgment (Dkt. 11) by no later than **October 11, 2011**.  The failure to file a response to the motion will be deemed to be a consent to the granting of Defendant's motion.  If Plaintiff timely files an opposition, Defendant may submit a reply by no later than **October 18, 2011**.  The matter will be taken under submission as of the date the reply is due.  There will be no hearing on the motion unless otherwise ordered.  Civ. L.R. 7-1(b).

    IT IS SO ORDERED.

Dated:  September 28, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge